**United States Bankruptcy Court**
Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**   19−71764−FJS
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrea Joy Murdock
1316 River Birch Run S
Chesapeake, VA 23320

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4835

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**   **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 7, 2019. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   May 21, 2019**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Declaration About an Individual Debtor's Schedules**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**

Date:  May 8, 2019

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Diane Jones
Deputy Clerk

[10071_30152vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Andrea Joy Murdock  
    Debtor

Case No. 19-71764-FJS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: jonesd     Page 1 of 1     Date Rcvd: May 08, 2019  
                   Form ID: both215     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db          +Andrea Joy Murdock,    1316 River Birch Run S,    Chesapeake, VA 23320-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:  
         John P. Fitzgerald, III     ustpregion04.no.ecf@usdoj.gov  
         Michael P. Cotter     ecftng@mpcch13.com  
                                                                                                  TOTAL: 2